**Earl Lavann REESE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34610.**

Missouri Court of Appeals,
Western District.

May 15, 1984.

Motion For Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 3, 1984.

James W. Fletcher, Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip M.
Koppe, Asst. Atty. Gen., Kansas City, for
respondent.

Before CLARK, P.J., and SHANGLER
and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion
to vacate conviction for first-degree rob-
bery, § 569.020, RSMo 1978, and life sen-
tence as a dangerous offender, § 558.016,
RSMo 1978. See *State v. Reese*, 625
S.W.2d 130 (Mo.1981). No jurisprudential
purpose would be served by a written opin-
ion. We affirm in compliance with Rule
84.16(b).

**Oliver Arnold TORGERSON,
Respondent,**

v.

**Patricia Ann Torgerson HALL,
Appellant.**

**No. WD 35048.**

Missouri Court of Appeals,
Western District.

May 22, 1984.

Motion For Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 3, 1984.

Larry R. Marshall, Columbia, for appel-
lant.

Cyril M. Hendricks, Curtis G. Hanrahan,
Spencer & Hendricks, P.C., Jefferson City,
for respondent.

Before TURNAGE, C.J., Presiding, and
DIXON and CLARK, JJ.

ORDER

PER CURIAM.

Appeal from order increasing amount of
child support payments.

Judgment affirmed. Rule 84.16(b).

All concur.